IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:16-PO-163 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| JASON PHILLIPS, | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 4511.19(A)(1)(a) |
| Defendant | : | O.R.C. § 4503.11 |
| | : | O.R.C. § 4510.12(A)(2) |
| | : | O.R.C. § 4503.21 |
| | : | O.R.C. 4511.33(A)(1) |
| | : | O.R.C. 4513.05 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(a))

On or about February 29, 2016, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON PHILLIPS, did, at the time of operation, operate a vehicle while under the influence of alcohol, a drug of abuse, or a combination of them.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(a).

### COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4503.11)

On or about February 29, 2016, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the

Defendant, JASON PHILLIPS, the owner or chauffeur of a motor vehicle, which was operated or driven upon the public roads or highways, did fail to file the annual application for registration or to pay the tax for said motor vehicle.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4503.11.

## COUNT 3

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4510.12(A)(2))

On or about February 29, 2016, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON PHILLIPS, did operate a motorcycle upon a public road or highway or any public or private property used by the public for purposes of vehicular travel or parking in this state without a valid license as a motorcycle operator.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4510.12(A)(2).

## COUNT 4

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4503.21)

On or about February 29, 2016, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON PHILLIPS, the owner or operator of a motor vehicle, did fail to display in plain view on the front and rear of the motor vehicle the distinctive number and registration mark, including any county identification sticker and validation sticker issued under the Ohio Revised Code.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4503.21.

COUNT 5

(18 U.S.C. §§ 7 & 13 and O.R.C. 4511.33(A)(1))

On or about February 29, 2016, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON PHILLIPS, while driving on a roadway divided into two or more clearly marked lanes for traffic, did fail to drive, as nearly as was practicable, entirely within a single lane or line of traffic, and did move from such lane or line without first ascertaining that such movement could be made with safety.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. 4511.33(A)(1).


COUNT 6

(18 U.S.C. §§ 7 & 13 and O.R.C. 4513.05)

On or about February 29, 2016, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON PHILLIPS, did operate a motor vehicle without said vehicle being equipped with at least one tail light mounted on the rear which, when lighted, did not emit a red light visible from a distance of five hundred feet to the rear.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4513.05.


BENJAMIN C. GLASSMAN
Acting United States Attorney

JULIENNE MCCAMMON
Special Assistant United States Attorney