RETURN OF SERVICE

3:16-PO-163

Service was made via certified mail:

Article Number __7015 0640 0002 9124 1543__

Date of mailing __7-27-16__

(Check line below to indicate appropriate method of service)

____ Served personally upon the defendant at: _____

____ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein, and mailed a copy of the summons to the defendant's last known address. Name of person w/ whom the summons was left:

____ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this **Return of Service** is true and correct.

Returned on: __8-3-16__       _____
            (Date)              (Signature of server)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jason Phillips
   1118 Wyoming St.
   Dayton, OH 45410

   9590 9402 2113 6132 2702 79

2. Article Number (Transfer from service label)

   7015 0640 0002 9124 1543

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Jason Phillips                8-2-16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

[BEAVERCREEK DAYTON OH AUG 02 2016 postmark]

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...Mail
   ☐ ...ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015